**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **HAROLD GREENBERG**, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>**COOPER COMPANIES, INC.** *et al.*,<br><br>    Defendants. | Case No.: 11-CV-05697 YGR<br><br>**JUDGMENT** |

Having granted Defendants' Motion to Dismiss Without Leave to Amend (Dkt. No. 79), it is **ORDERED, ADJUDGED AND DECREED** that **JUDGMENT** is entered in favor of the Defendants and against Plaintiffs who shall take nothing by way of this action.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Date: June 10, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**